FILED
CLERK, U.S. DISTRICT COURT

SEP -5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juan Luis Huerta-Espino DEFENDANT(S). | CASE NUMBER 2:25-mj-05481 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **9/9/2025**, _____, at **2:00** ☐ a.m. / ☑ p.m. before the Honorable **J. Chooljian**, in Courtroom **750**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **9/5/2025**   _____
U.S. District Judge/Magistrate Judge